UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

BOUCAUD, ANDRE, et al.,

                             Plaintiff,

                - against -

CITY OF NEW YORK AND THE NEW YORK CITY
DEPARTMENT OF JUVENILE JUSTICE,

                             Defendants.

---------------------------------------------------------------------- x

**NOTICE OF
APPEARANCE**

07-Civ.-11098 (RJS)

        I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendants CITY OF NEW YORK and THE NEW YORK CITY DEPARTMENT OF JUVENILE JUSTICE, in the above-captioned action.  Please take notice that I am the Assistant Corporation Counsel assigned to this action; all future filings, or other information, related to this action can be directed to me at the below address.

Dated:       New York, New York
            January 2, 2008

                          Respectfully Submitted,

                          **MICHAEL A. CARDOZO**
                          Corporation Counsel of the
                            City of New York
                          Attorney for the Defendants
                          100 Church Street, Room 2-124
                          New York, New York  10007-2601
                          Tel: (212) 788-0860
                          Fax: (212) 788-8877

              By:  **ECF**:          /s/
                          ROBERT J. ANDERSON
                        Assistant Corporation Counsel
                        RAnderso@law.nyc.gov

TO:    **BLOCK & O'TOOLE**
       Attorneys for Plaintiffs
       One Penn Plaza, Suite 5315
       New York, New York 10019
       Att: Thomas Gearon, Esq.

07-Civ.-11098 (RJS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOUCAUD, ANDRE, et al.,

Plaintiff,

- against -

CITY OF NEW YORK, et al.,

Defendants.

**NOTICE OF APPEARANCE**

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-124
New York, N.Y.  10007-2601

Of Counsel:  Robert J. Anderson
Tel:        (212) 788-0860
RAnderso@law.nyc.gov

Our File No.  2007-040818

*Due and timely service is hereby admitted.*

New York, N.Y.  ..........................................., 2008

...................................................................

Attorney for...............................................................