

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

ROBERT J. ANDERSON
Telephone: (212) 788-0860
Fax: (212) 788-8877
Fax Not For Service of Papers
randerso@law.nyc.gov

January 2, 2008

**BY ECF & HAND DELIVERY**

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007-1312

          Re:  Boucaud, et al., v. City of New York, et al.
               07 Civ. 11098 (RJS)
               Our File No.: 2007-040818

Dear Judge Sullivan:

       I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York and the New York City Department of Juvenile Justice in the above-referenced action. On December 28, 2007, the ECF system for the Southern District was inaccessible for most of the day. Consequently, I was unable to retrieve the docket sheet or other information concerning the instant case, including the Notice of Reassignment which reassigned the instant case to Your Honor on December 18th. Consequently, I directed the attached letter to Judge Jones' attention rather than to Your Honor's.[1] I apologize for this oversight and request that Your Honor please review and consider the attached December 28th request that the time for defendants to respond

---

[1] The instant case had been referred to Judge Jones on December 7, 2007, as possibly being related to Parker, et al., v. City of New York, et. al., 04-Civ.-4476, a case presently before her. However, on December 18th, Judge Jones declined the instant case as being not related.

HONORABLE RICHARD J. SULLIVAN
United States District Judge
<u>Boucaud, et al., v. City of New York, et al.</u>
07 Civ. 11098 (RJS)
January 2, 2008
Page 2

to the complaint be extended 55 days, from January 3, to February 28, 2008.

    We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Robert J. Anderson*

Robert J. Anderson
Assistant Corporation Counsel

cc:    Honorable Barbara S. Jones
       (By Facsimile Transmission W/Enclosure)

       Thomas Gearon, Esq.
       (By Facsimile Transmission W/Enclosure)



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

ROBERT J. ANDERSON
Telephone: (212) 788-0860
Fax: (212) 788-8877
Fax Not For Service of Papers
randerso@law.nyc.gov

December 28, 2007

**BY FACSIMILE TRANSMISSION TO 212-805-6191**

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007-1312

      Re: Boucaud, et al., v. City of New York, et al.
         07 Civ. 11098
         Our File No.: 2007-040818

Dear Judge Jones:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants, the City of New York and the New York City Department of Juvenile Justice ("DJJ"), in the above-referenced action brought by approximately 160 plaintiffs alleging violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq., ("FLSA"). It is my understanding that the instant matter has not yet been assigned to a district judge.[1] However, I write to Your Honor because a similar FLSA matter concerning the same defendants, Parker v. City of New York, 04 Civ. 4476 (BSJ)(DF), is before Your Honor, and thus the instant case might also be assigned to Your Honor.[2]

---

[1] For most of today, the ECF system for the Southern District has been inaccessible. Consequently, I have been unable to retrieve the docket sheet or other information concerning the instant case.

[2] In addition, earlier this afternoon I spoke with Denise, Your Honor's deputy, who suggested that I direct this extension request to Your Honor.

HONORABLE BARBARA S. JONES
United States District Judge
Boucaud, et al., v. City of New York, et al.
07 Civ. 11098
December 28, 2007
Page 2

      I write to respectfully request that the time for defendants to respond to the complaint be extended 55 days, from January 3, to February 28, 2008. This is the defendants' first request for an extension of time, and plaintiff's counsel has consented to this extension.

      The requested extension of time is needed to permit this office to make a reasonable investigation of the complaint. It will permit this office to gather relevant documents, to investigate the complaint's allegations and thereafter prepare an appropriate response. In addition, I have been advised by plaintiff's counsel that he intends to add plaintiffs to the instant complaint and thereafter re-file and re-serve the complaint. Should he promptly do so, the requested extension, if granted, will afford defendants the necessary additional time to respond to any amendments to the complaint.

      Accordingly, defendants respectfully request an extension of defendants' time to respond to the complaint from January 3, 2008 until February 28, 2008.

      We thank the Court for its consideration of this request.

      Respectfully submitted,

      Robert J. Anderson
      Assistant Corporation Counsel

cc:    Thomas Gearon, Esq.
      (By Facsimile Transmission)