

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

COURTESY COPY

Original filed by ECF

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

**MEMO ENDORSED**

ROBERT J. ANDERSON
Telephone: (212) 788-0860
Fax: (212) 788-8877
Fax Not For Service of Papers
randerso@law.nyc.gov

January 2, 2008

**BY ECF & HAND DELIVERY**

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007-1312

Re:  Boucaud, et al., v. City of New York, et al.
    07 Civ. 11098 (RJS)
    Our File No.: 2007-040818

Dear Judge Sullivan:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York and the New York City Department of Juvenile Justice in the above-referenced action. On December 28, 2007, the ECF system for the Southern District was inaccessible for most of the day. Consequently, I was unable to retrieve the docket sheet or other information concerning the instant case, including the Notice of Reassignment which reassigned the instant case to Your Honor on December 18th. Consequently, I directed the attached letter to Judge Jones' attention rather than to Your Honor's.[1]  I apologize for this oversight and request that Your Honor please review and consider the attached December 28th request that the time for defendants to respond

---

[1] The instant case had been referred to Judge Jones on December 7, 2007, as possibly being related to Parker, et al., v. City of New York, et. al., 04-Civ.-4476, a case presently before her. However, on December 18th, Judge Jones declined the instant case as being not related.

**HONORABLE RICHARD J. SULLIVAN**
United States District Judge
Boucaud, et al., v. City of New York, et al.
07 Civ. 11098 (RJS)
January 2, 2008
Page 2


to the complaint be extended 55 days, from January 3, to February 28, 2008.

We thank the Court for its consideration of this request.

Respectfully submitted,

Robert J. Anderson
Assistant Corporation Counsel

cc:    Honorable Barbara S. Jones
       (By Facsimile Transmission W/Enclosure)

       Thomas Gearon, Esq.
       (By Facsimile Transmission W/Enclosure)

No further extensions will be granted absent truly compelling circumstances.

SO ORDERED
Dated:                    RICHARD J. SULLIVAN
                          U.S.D.J.