IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOUCAUD, ANDRE M., et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | |
| ~~CITY OF NEW YORK and THE NEW YORK~~ ) | ~~(JURY TRIAL DEMANDED)~~ |
| CITY DEPARTMENT OF JUVENILE JUSTICE ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT FORMS**

**APPENDIX**

Daniel P. O'Toole
Thomas D. Gearon
BLOCK & O'TOOLE
One Penn Plaza
Suite 5315
New York, New York 10119
Phone: (212) 736-5300

Leo L. Clarke
125 Ottawa NW
Suite 300
Grand Rapids, Michigan 49503
Phone: (616) 454-8300

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

BENJAMIN ALIU
Print Name

10-01-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

MONICA I. IYASERE
Print Name

09/20/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name
Yira Izquierdo

_____
Date
11 | 9 | 2007

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

*Eleanor S. Jackson*
Print Name

*Sept. 21, 2007*
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Ande Boucaud_
Signature

ANDRE BOUCAUD
Print Name

10/8/2007
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Antoinette Addison_
Signature

_Antoinette Addison_
Print Name

_October 2, 2007_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

TAJUDEEN ADEPETU
Print Name

10/18/2007
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

GERTRUDE AGBASONU
Print Name

10-20-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Mr. Emeka Ahunamba
Print Name

15/01/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Print Name

Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

OLABODE ALATISHE
Print Name

10/9/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Aiyana Allman
Print Name

10/1/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Synelle Alston
Print Name

10/15/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Print Name

Date 10/01/07

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

CHERIE ALZATE
Print Name

10/1/07
Date

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Tomisa ANNAHIJ
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Olubanke D. Apata
Print Name

10/02/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Aubrey Arrindell_
Signature

_AUBREY ARRINDELL_
Print Name

_10-3-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

_____
Print Name

_____
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

LADUNNI M. BABATUNDE
Print Name

10-02-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Print Name

10/2/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Patricia Bannister_
Signature

_Patricia Bannister_
Print Name

_10/13/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Thomas C. BARR
Print Name

10-04-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Renee Belafonte_
Signature

_RENEE BELAFONTE_
Print Name

_10/6/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Antonio Berger_
Signature

_Antonio Berger_
Print Name

_10/1/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Charmaine Blake_
Signature

_Charmaine Blake_
Print Name

_10/1/2007_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.

_____
Signature

DINO E. BODDEN
_____
Print Name

10.02.07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Kamel Branham
_____
Print Name

10·17·07
_____
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Christina Brown_
Signature

_CHRISTINA BROWN_
Print Name

_9/21/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Kelley Brown_
Signature

_Kelley BROWN_
Print Name

_10/5/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Raquel Brown
Print Name

10·05·07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

_____
Print Name

10-15-07
_____
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Michein Caldwell_
Signature

_Mickeni Caldwell_
Print Name

_10/5/07_
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

_____
Emmanuel Cardichon
Print Name

_____
Date  10/3/07

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

MONALISA CARLO
_____
Print Name

Oct. 3rd - 2007
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Henretta Charles_
Signature

CHARLES, HENRETTA
Print Name

10 | 01 | 07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Anthony B Clay_
Signature

_Anthony Clay_
Print Name

_10-1-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Lawrence Clayton_
Signature

LAWRENCE CLAYTON
Print Name

10 | 3 | 07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Regina Colenay
_____
Print Name

10-2-07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Trishena L. Copeland
Print Name

10-1-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

KALI COUNCIL
Print Name

10/2/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Karlene Dacres
Print Name

10 | H | 07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

TEMITOPE DADA
Print Name

10/02/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Juanita J. Daley
Print Name

10 / 2 / 07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_CLAUDETTE  DOUGLAS_
Print Name

_10 - 03 - 07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

NESIYE DRABON
Print Name

10-2-07
Date


4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

GIAN E. EDOBOR
Print Name

11/8/07
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Signature_

PETER. EROMOSELE
Print Name

10|2|07
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

JOSEPH A. FELTON
_____
Print Name

10-15-07
_____
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Andre Fernandez
Print Name

10.1.07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Willounda Ferrell_
Signature

_Willounda Ferrell_
Print Name

_October 2, 2007_
Date

4

## CONSENT TO SUE REQUEST TO BECOME PAR Y PLAINTIFI JUVENILE COUNSELORS OVERTIME COMPENSATION CL. IM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action ur der the federal F ir Labor Standards Act concerning the City of New York's failure to prope ly compensate r e for overtime hours worked. I am, or was, employed by the City of Ne  York during si me or all of the period from October 1st, 2004 through the present. I understar i this action wil  be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labc r Standards Act  nd that my claim will include a request for damages and other relief, includin ; unpaid overtim : compensation, liquidated damages, attorney's fees. I understand th at my counsel, E ock & O'Toole LLP, may file this consent with the court.

*Pamela K. Foster*
Signature

*Pamela K. Foster*
Print Name

*10/22/07*
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

ELAITO - O · FRANK
Print Name

10/3/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Samuel F Gairy_
Signature

_SAMUEL F. GAIRY._
Print Name

_10·26·07_
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Kareem Gatling
Print Name

10/8/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

T. Gause
_____
Print Name

10/18/07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

ROBINSON. O. GBOBO
Print Name

October 3, 2007
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Alan J. Gillison_
Signature

_Alan J. Gillison_
Print Name

_10·26·07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Reginald K. Givens_
Signature

_Reginald Givens_
Print Name

_Oct 1, 2007_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Signature_

Signature

_Tyrone C. Gray_

Print Name

_11/20/07_

Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Tanya Green_
Signature

_Tanya Green_
Print Name

_10/01/87_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Michelle S. Hall_
Signature

_Michelle Hall_
Print Name

_09-26-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Print Name

Date 10/15/07

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Simone -M. Herndon
Print Name

9/21/07
Date

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Linda Henderson_
Signature

_Linda Henderson_
Print Name

_Sep 26, 2007_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

michael Henderson

Print Name

9-26-07

Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Adina Hodge
_____
Print Name

9/20/07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Geraldine Holl
Print Name

9-21-07
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Devin Hunte

Print Name

10. 30. 07

Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

EMMANUEL O. IYANDA
Print Name

10/02/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Marcia Jackson
Print Name

9-21-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Nicole Jackson_
Signature

_Nicole Jackson_
Print Name

_10|18|07_
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Desiree Charles Jean
Print Name

10-2-07
Date

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

TAshemA Jeffries
Print Name

10/1/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Sherly Joassin_
Signature

_Sherly Joassin_
Print Name

_10-20-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


Signature

Quianna Johnson
Print Name

09/24/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_James H. Jones Jr._
Signature

_James H Jones Jr_
Print Name

_10/17/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Tiffany Jones_
Signature

_TIFFANY JONES_
Print Name

_10-1-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Jawhar Jordan_
Signature

_Jawhar Jordan_
Print Name

Date _10/6/07_

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

JOSE JUNCOS
Print Name

10/5/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Nathan M. Kalwanga
Print Name

09/23/07
Date

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

SAMIA KEMECH
Print Name

10/10/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Ralph Lee_
Signature

_Ralph Lee_
Print Name

_10-3-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

Keon Lee
_____
Print Name

11/13/07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.

_Mary W. Litman_
Signature

_MARY W. LETMAN_
Print Name

_9-25-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Alfred W. Lewis_
Signature

_Alfred W. Lewis_
Print Name

_10/4/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Fay L. Lynch
Print Name

9/24/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.

_____
Signature

Otowo Olusola . K.
_____
Print Name

9 | 24 | 07 .
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Oluwafunmilayo S. James_
Signature

_James S. Oluwafunmilayo_
Print Name

_09/26/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Gamane Marsalis
Print Name

11-9-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Erik J Mayer_
Signature

ERik J. MAYA
Print Name

10.30.07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Amy McIver_
Signature

_AMY MCIVER_
Print Name

_9/22/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Karlene McKenzie_
Signature

_Karlene McKenzie_
Print Name

_9/24/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Robin M. McKinney_
Signature

_Robin M. McKinney_
Print Name

_9/26/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Nathalie Medford_
Signature

_Nathalie Medford_
Print Name

_10-21-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name    Araceli Melendez

_____
Date    9/27/07

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

ISHMAEL K MINNOW
Print Name

10-16-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Thomas Minter
Print Name

9/22/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Sekeema Mitchell_
Signature

_Sekeema Mitchell_
Print Name

_10/4/07_
Date

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

SHELBY MORGAN
Print Name

10/11/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.

_____
Signature

Anisha Morris
_____
Print Name

09/27/07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

RAPHAEL  M. MPRAH
Print Name

09/11/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Jotham Mutanga_
Signature

_Jotham Mutanga_
Print Name

_10-1-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

JORGE NAVAS
Print Name

09-25-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Muriel Long - Newsome_
Signature

_Muriel Long - NewSome_
Print Name

_Sept. 26, 2007_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

REMIGIO NEWTON
Print Name

9-21-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Bataan Nitollano Sr._
Signature

_BATAAN Nitollano_
Print Name

_9/23/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

SAMUEL OFORI
Print Name

09/29/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.

_____
Signature

Aghabiomon Ogbeiwi
Print Name

09/21/07
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

ORIABURE, GODWIN E
Print Name

09/21/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Carmen Pagán_
Signature

_Carmen Pagán_
Print Name

_9-23-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

KEITH PETERSEN
Print Name

9·21·07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Richard w Phillips_
Signature

_Richard w. Phillips_
Print Name

_Sep -28, 07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

KECIA Pitt
Print Name

9/24/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Samuel Powell
Print Name

9-22-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

Sean Powell
Print Name

Oct - 11 - 07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

BARRY H RANDOLPH

_____
Date

10-5-07

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Juan Ramos Jr._
Signature

_Juan Ramos Jr._
Print Name

_10/27/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

10-3-07
Date

# CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


Signature

*Christine Robertson*
Print Name

10/26/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Kathryn Rollerson_
Signature

_Kathryn Rollerson_
Print Name

_10/1/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name    Barbara Reyes

_____
Date    10/5/07

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Abel Rodriguez_
Signature

_Abel Rodriguez_
Print Name

_09-23-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Jenny Rodriguez_
Signature

_Jenny Rodriguez_
Print Name

_10-22-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Lila Rogers
_____
Print Name

10/4/07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Oswaldo Roper_
Signature

_OSWALDO ROPER_
Print Name

_10/14/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

OGUNRIBIDO, Rufus

Print Name

9/21/07

Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Tonya Rymer
Print Name

9/22/04
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.


_La May Scipio_
Signature

_Lamar Scipio_
Print Name

_9-21-07_
Date

_4_

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Edward Scott_
Signature

_Edward Scott_
Print Name

_Sep/28/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

JEWELENE SCOTT
Print Name

9/28/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

KYLI SCOTT
Print Name

9-22-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Elizabeth A Shell_
Signature

_Elizabeth A Shell_
Print Name

_10 - 28-07_
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

ABIUDUN R. SHITTU
_____
Print Name

09-20-07
_____
Date


4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

ADENUGA  SIKIRU  A.
Print Name

10/02/07
Date


4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

MARION S. SILAS
Print Name

10-01-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

JOHNNIE M. Sille
Print Name

1 OCT 2007
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Ronald L. Smith_
Signature

_Ronald L. Smith_
Print Name

_10/2/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Tammie Smith_
Signature

_Tammie Smith_
Print Name

_10.04.07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_William F. Soto_
Signature

_William F. Soto_
Print Name

_10-3-07_
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Anita Speller
Print Name

10-6-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

TERRY STATON
Print Name

10/7/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Tommy C. Starkes_
Signature

_TOMMY C. STARKES_
Print Name

_10/1/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date    10/10/07

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

Felix Suria

_____
Date

Oct. 1, 2007

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


Signature

SIGISMUND A. SULE
Print Name

10-02-2007
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.


_Melanie Thomas_
Signature

Melanie Thomas
Print Name

10/2/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Jenell Thomason_
Signature

_Jenell Thomason_
Print Name

_10-4-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Renita Truluck
Signature

Renita Truluck
Print Name

10/1/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

MOSES WEBIHULU
Print Name

10/3/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Peter Uba_
Signature

_MR PETER C. UBA_
Print Name

_10-2-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Wahed Ullah .
Print Name

10-3-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Nikeya Venning_
Signature

_Nikeya Venning_
Print Name

_11/10/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Cassandra Washington
Print Name

10·01·07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

10. 2 .07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Michael J. Williams
Print Name

10/1/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Patricia Williams_
Signature

_PATRICIA WILLIAMS_
Print Name

_10/01/2007_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Taisha Williams
Print Name

10/13/07
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_Tahkyia Willis_
Print Name

_10/31/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_Nicole M Wilson_____
Print Name

_9/24/07_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Jessie Wray
Print Name

9/25/07
Date

4