IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BOUCAUD, ANDRE M., et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-CV-11098 |
| | ) | |
| CITY OF NEW YORK and THE NEW YORK | ) | (JURY TRIAL DEMANDED) |
| CITY DEPARTMENT OF JUVENILE JUSTICE | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**AMENDED CONSENT FORMS**

**APPENDIX**

Daniel P. O'Toole
Thomas Gearon
BLOCK & O'TOOLE
One Penn Plaza, Suite 5315
New York, New York 10119
Phone: (212) 736-5300

Leo L. Clarke
125 Ottawa NW
Suite 300
Grand Rapids, Michigan 49503
(616) 454-8300

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

ANDRE BOUCAUD
Print Name

10/8/2007
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Alashi Y Abel_
Signature

_Alashi Abel_
Print Name

_10-26-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Antoinette Addison_
Signature

_Antoinette Addison_
Print Name

_October 2, 2007_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

*TAJUDEEN ADEPETU*
Print Name

*10/18/2007*
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

MONICA I. IYASERE
Print Name

09/20/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Yira Izquierdo
Print Name

11/9/2007
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Eleanor S. Jackson_
Signature

_Eleanor S. Jackson_
Print Name

_Sept. 21, 2007_
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

GERTRUDE AGBASONU
Print Name

10-20-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Mr. Emeka Ahunambe

Print Name

10/01/07

Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

OLABODE ALATISHE
Print Name

10/9/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Qiyana Allman
Print Name

10/1/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.

_____
Signature

Gerald E. Anderson
Print Name

10/01/07
Date

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
CHERIE ALZATE
Print Name

_____
10/1/07
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

Tomisa ANNAHIJ
Print Name


_____
Date


4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Olubanke D. Apata
Print Name

10/02/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

AUBREY ARRINDELL
Print Name

10-3-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name     Kim Artis

_____
Date     10/1/07

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

LADUNNI M. BABATUNDE
Print Name

10-02-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


Signature

Print Name

10/2/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Patricia Bannister_
Signature

_Patricia Bannister_
Print Name

_10 / 13 / 07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Thomas C. BARR
_____
Print Name

10-04-07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Renee Belafonte_
Signature

_RENEE BELAFONTE_
Print Name

_10/6/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Antonio Berger_
Signature

_Antonio Berger_
Print Name

_10/1/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Charmaine Blake_
Signature

_Charmaine Blake_
Print Name

_10/1/2007_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

DINO E. BODDEN
Print Name

10.02.07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Kamel Branham
_____
Print Name

10·17·07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

*Christina Brown*
Signature

CHRISTINA BROWN
Print Name

9/21/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Kelley Brown_
Signature

_Kelley BROWN_
Print Name

_10/5/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

W. Bynum
_____
Print Name

10-15-07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Emmanuel Cardichon_
Signature

_Emmanuel Cardichon_
Print Name

_10/3/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Monalisa Carlo_
Signature

_MONALISA CARLO_
Print Name

_OcT. 3rd-2007_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Henretta Charles_
Signature

CHARLES, HENRETTA
Print Name

10 | 01 | 07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Anthony Clay
Print Name

10-1-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Lawrence Clayton_
Signature

LAWRENCE CLAYTON
Print Name

10 | 3 | 07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Trishena L. Copeland
Print Name

10-1-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Kali Council_
Signature

_KALI COUNCIL_
Print Name

_10/2/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Karlene Dacres
Print Name

10/4/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

TEMITOPE DADA
Print Name

10/02/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Juanita J. Daley
Print Name

10/2/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

      I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

Simone Small-Davis

_____
Date

10-01-07

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Claudette Douglas_
Signature

_CLAUDETTE DOUGLAS_
Print Name

_10-03-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Neslye Dragon_
Signature

NESLYE DRAGON
Print Name

10-2-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

GIAN E. EDOBOR
Print Name

11/8/07
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Gertrude Edwards_
Signature

_G. Edwards_
Print Name

_10-26-07_
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

STEPHEN ESAN
Print Name

10-5-2007
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Latia Ellis
_____
Print Name

10/2/07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


Signature

PETER. EROMOSELE
Print Name

10 | 2 | 07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

JOSEPH A. FELTON
Print Name

10-15-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

Andee Feenandez
_____
Print Name

10.1.07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Willounda Ferrell_
Signature

_Willounda Ferrell_
Print Name

_October 2, 2007_
Date


4

## CONSENT TO SUE REQUEST TO BECOME PAR Y PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CL IM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action un der the federal F ir Labor Standards Act concerning the City of New York's failure to prope ly compensate r e for overtime hours worked. I am, or was, employed by the City of Ne  York during s  me or all of the period from October 1st, 2004 through the present. I understar i this action wil  be brought on my behalf and other Juvenile Counselors pursuant to the Fair Lab  r Standards Act  nd that my claim will include a request for damages and other relief, includin  unpaid overtim  compensation, liquidated damages, attorney's fees. I understand th  it my counsel, E  ock & O'Toole LLP, may file this consent with the court.


*Pamela K. Foster*

Signature

*Pamela K. Foster*

Print Name

*10/22/07*

Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

Paulette Forté

_____
Date

10-1-07

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

ELAINO - O. FRANK
Print Name

10/3/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Samuel F Gairy_
Signature

_SAMUEL F. GAIRY_
Print Name

_10·26·07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Kareem Gatling
Print Name

10/8/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

T. Gause
_____
Print Name

10/18/07
_____
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

ROBINSON · O · GBOBO
_____
Print Name

October 3, 2007
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Alan J. Gill

Signature

Alan J. Gillison

Print Name

10·26·07

Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Reginald K. Givens_
Signature

_Reginald Givens_
Print Name

_Oct 1, 2007_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Tyrone C. Gray
Print Name

11/20/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Tanya Gree_
Signature

_Tanya Green_
Print Name

_10/01/8 7_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Michelle S. Hall_
Signature

_Michelle Hall_
Print Name

_09-26-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Print Name

Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Simone M Herndon
Print Name

9/21/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Linda Henderson_
Signature

_Linda Henderson_
Print Name

_Sep 26, 2007_
Date

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

michael Henderson
Print Name

9-26-07
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Adina Hodge
Print Name

9/20/07
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

Geraldine Holl
Print Name

9-21-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

Devin Hunte
_____
Print Name


10. 30. 07
_____
Date


4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

EMMANUEL O. IYANDA
Print Name

10/02/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_Marcia Jackson_
Print Name

9-21-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Nicole Jackson_
Signature

_Nicole Jackson_
Print Name

_10/18/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Sherly Joassin_
Signature

_Sherly Joassin_
Print Name

_10-20-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Quianna Johnson
Print Name

09/24/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_James H. Jones Jr_
Signature

_James H Jones Jr_
Print Name

_10/17/07_
Date

*4*

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

TIFFANY JONES
_____
Print Name

10-1-07
_____
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Jawhar Jorda_
Signature

_Jawhar Jordan_
Print Name

_10/6/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Nathan M. Kalwanjan
Print Name

09/23/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


Signature

SAMIA  KEMECH
Print Name

10/10/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Ralph Lee_
Signature

_Ralph Lee_
Print Name

_10-3-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Keon Lee
_____
Print Name

11/13/07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

MARY W. LETMAN
Print Name

9-25-07
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Alfred a. Lewis_
Signature

_Alfred W. Lewis_
Print Name

_10/4/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.


_____
Signature

_____
Print Name

_____
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name
Fay L. Lynch

_____
Date
9/24/07

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Otowo Olusola . K.
Print Name

9/24/07.
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Oluwafunmilayo S. James
_____
Signature

JAMES S. OLUWAFUNMILAYO
_____
Print Name

09/26/07
_____
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

Camane Marsalis
_____
Print Name

11 - 9 - 07
_____
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

ERIK J. MAYA
Print Name

10.30.07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Amy McIver_
Signature

_AMY MCIVER_
Print Name

_9/22/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Karlene McKenzie_
Signature

_Karlene McKenzie_
Print Name

_9/24/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Robin M. McKinney
Print Name

9/26/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

Araceli Melendez

_____
Date    9/27/07

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

AuGusTus MicttAEL
Print Name

09/24/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

ISHMAEL K MINNOW
Print Name

10-16-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Thomas Minter
Print Name

9/22/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Sekeena Mitchell_
Signature

_Sekeena Mitchell_
Print Name

_10/4/07_
Date

### CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_Anisha Morris_
Print Name

_09/27/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

RAPHAEL  M. MPRAH
Print Name

09/11/07
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Jotham Mutanga_
Signature

_Jotham Mutanga_
Print Name

_10-1-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

JORGE NAVAS
Print Name

09-25-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.


*Muriel Long – Newsome*
Signature

*Muriel Long – NewSome*
Print Name

*Sept. 26, 2007*
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

REMIGIO NEWTON
Print Name

9-21-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

_____
BATAAN Nitollano
Print Name

_____
9/23/07
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

SAMUEL OFORI
Print Name

09/29/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Aghabiomon Ogbeiwi
Print Name

09/21/07
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

ORIABURE, GODWIN E
Print Name

09/21/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Carmen Pagán_
Signature

_Carmen Pagán_
Print Name

_9-23-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

KEITH PETERSEN
Print Name

9·21·07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Richard w Phillips_
Signature

_Richard w. Phillips_
Print Name

_Sep. 28, 07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.

_____
Signature

KECIA Pitt
Print Name

9/24/07
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

Kadeen Powell

_____
Date

10.27.07

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Samuel Powell
Print Name

9-22-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Sean Powell
Print Name

Oct - 11 - 07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name   BARRY H RANDOLPH

_____
Date   10-5-07

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Juan Ramos Jr._
Signature

_Juan Ramos Jr._
Print Name

_10/27/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Rhonda J. Ransom_
Signature

_Rhonda J. Ransom_
Print Name

_10-3-07_
Date

_4_

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_Christine Robertson_
Print Name

_10/26/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Kathryn Rollerson_
Signature

_Kathryn Rollerson_
Print Name

_10/1/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name    Barbara Reyes

_____
Date    10/5/07

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Abel Rodriguez_
Signature

_Abel Rodriguez_
Print Name

_09-23-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

    I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Jenny Rodriguez_
Signature

_Jenny Rodriguez_
Print Name

_10-22-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Lila Rogers
_____
Print Name

10/4/07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

OGUNRIBIDO, Rufus
Print Name

9/21/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Tonya Rymer
_____
Print Name

9/22/04
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

      I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

Lamar Scipio
_____
Print Name

9-21-07
_____
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Edward Scott_
Signature

Edward Scott
Print Name

Sep/28/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

JEWELENE Scott
Print Name

9/28/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

KILI SCOTT
Print Name

9-22-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Elizabeth A Shee_
Signature

_Elizabeth A Shell_
Print Name

_10 - 28 - 07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

ABIODUN R. SHITTU
Print Name

09-20-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

ADENUGA SIKIRU A.
Print Name

10/02/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

MARION  S. SILAS
_____
Print Name

10 - 01 - 07
_____
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

JOHNNIE M. SILLE
_____
Print Name

1 OCT 2007
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Ronald L. Smith_
Signature

_Ronald L. Smith_
Print Name

_10/2/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Tammie Smith_
Signature

_Tammie Smith_
Print Name

_10.04.07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_William F. Soto_
Signature

_William F. Soto_
Print Name

_10-3-07_
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Anita Speller
Print Name

10-6-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

TERRY STATON
_____
Print Name

10/7/07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Tommy C. Starkes_
Signature

TOMMY C. STARKES
Print Name

10/1/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name    Naomi Stacy Stowe

_____
Date    10/10/07

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_Anthony Strickland_
Print Name

_10/1/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

_____
Print Name    FELIX SURIA

_____
Date    OcT. 1, 2007

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


Signature

SIGISMUND A. SULE
Print Name

10-02-2007
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Melanie Thomas
_____
Print Name

10/2/07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Jerell Thomason_
Signature

_Jenell Thomason_
Print Name

_10-4-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Renita Truluck_
Signature

_Renita Truluck_
Print Name

_10/1/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

MOSES WOEBHULU
Print Name

10/3/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Peter Uba_
Signature

MR PETER C. UBA
Print Name

10 - 2 - 07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

     I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.


_Zullah._
Signature

_Wahed Ullah._
Print Name

_10-3-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Nikeya Venning_
Signature

_Nikeya Venning_
Print Name

_11/10/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Cassandra Washington
Print Name

10·01·07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

10·2·07
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Patricia Williams_
Signature

_PATRICIA WILLIAMS_
Print Name

_10/01/2007_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Laisha Williams
Print Name

10/13/07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.

_____
Signature

_Tahkyia Willis_
Print Name

_10/31/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Nicol M Wil_
Signature

_Nicole M Wilson_
Print Name

_9/24/07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Jessie Wray
Print Name

9/25/07
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Orvin Cumberbatch_
Signature

_ORRIN CUMBERBATCH_
Print Name

_12-26-07_
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.


_____
Signature

_____
Lennika Doby
Print Name

_____
11/25/07
Date


4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Dwayne Greene_
Signature

_Dwayne Greene_
Print Name

_11-13-07_
Date

4

12/26/2007 17:11 FAX  413 205 0650          DSS - 112 Ind.Ave,Spfld          ☑002/002
12/26/2007 06:03 FAX  212 971 9840          BLOCK & O'TOOLE                    ☑001/001

Case 1:07-cv-11098-RJS   Document 11-2   Filed 03/25/2008   Page 89 of 91

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the Federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or
all of the period from December 7th, 2004 through the present. I understand this action
will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor
Standards Act and that my claim will include a request for damages and other relief,
including unpaid overtime compensation, liquidated damages, attorneys's fees. I
understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_____
Signature

_____
Print Name

12/26/07
_____
Date

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the Federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from December 7th, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorneys's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

12-26-07
_____
Date

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the Federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from December 7th, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorneys's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Pamela Lowe
Print Name

12.26.07
Date