

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

ROBERT J. ANDERSON
Telephone: (212) 788-0860
Fax: (212) 788-8877
Fax Not For Service of Papers
randerso@law.nyc.gov

March 27, 2008

**BY HAND DELIVERY**

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007-1312

          Re:  Boucaud, et al., v. City of New York, et al.
               07 Civ. 11098 (RJS)
               Our File No.: 2007-040818

Dear Judge Sullivan:

       I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants, the City of New York and the New York City Department of Juvenile Justice ("DJJ"), in the above-referenced action brought by approximately 180 plaintiffs alleging violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq., ("FLSA"). With consent of plaintiffs' counsel, I write to respectfully request an adjournment of the initial conference currently scheduled on April 11, 2008, at 9:15 A.M. This adjournment is requested because I am long-scheduled to defend several depositions that day in another matter assigned to me in the Southern District. This is defendants' first request for such an extension of time.

       Should this request be granted, counsel for the parties wish to inform the Court that they are both available to appear on April 25, 2008, and suggest this as an alternate date on which to appear before this Court, necessarily subject to Your Honor's convenience. Counsels further request that the time to submit the parties' Case Management Plan and joint letter be

HONORABLE RICHARD J. SULLIVAN
United States District Judge
Boucaud, et al., v. City of New York, et al.
07 Civ. 11098 (RJS)
March 27, 2008
Page 2

extended from April 4th to April 18th should the conference be rescheduled for April 25th.

  We thank the Court for its consideration of this request.

Respectfully submitted,

Robert J. Anderson
Assistant Corporation Counsel

cc: Thomas Gearon, Esq.
   (By Facsimile Transmission)

SO ORDERED
Dated: 4/1/08
RICHARD J. SULLIVAN
U.S.D.J.