UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOUCAUD, ANDRE M, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 07-cv-11098-RJS |
| -v.- ) | APPEARANCE OF COUNSEL |
| ) | |
| THE CITY OF NEW YORK and ) | |
| THE NEW YORI CITY DEPARTMENT ) | ECF |
| OF JUVENILE JUSTICE ) | |
| Defendants ) | |

NOW COMES Leo L. Clarke, and hereby enters his Appearance of Counsel for the Plaintiffs.

DATED: April 7, 2008

By:_____s/Leo L. Clarke_____
Leo L. Clarke (LC1540)
Suite 300
125 Ottawa Avenue, NW
Grand Rapids, MI 49503
(616) 454-8300