UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ANDRE M. BOUCAUD, ET AL**
                 Plaintiffs,

-v-

**CITY OF NEW YORK, ET AL**
                 Defendants.



Case No. 07-CV-011098 (RJS)

AMENDED ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference held before this Court on April 30, 2008 the following schedule has been set:

    New Plaintiffs shall file their "Consent To Become A Party Plaintiff" form with the clerk of the court not later than May 15, 2008. The parties shall submit a joint status letter and case management plan to the Court by June 15.

SO ORDERED.
DATED:
New York, New York  April 30, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE