**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

GERALD ANDERSON
Print Name

5/13/08
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Duane J. Alexander
_____
Print Name

05/10/08
_____
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.


_Bradshaw_
Signature

_Yvonne S. Bradshaw_
Print Name

_05/13/08_
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

HORACE Calder
Print Name

5/9/08
Date

4

FROM :
06/14/2008 04:23 FAX 212 971 9840

Case 1:07-cv-11098-RJS    Document 16    Filed 05/15/2008    Page 6 of 20
PHONE No. : 917 215 2495    Mar. 26 2008 12:44PM P1
BLOCK & O'TOOLE                                          @001/003

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.

_____
Signature

HARRY S. COOPER
Print Name

5-4-08
Date

4

ATT: Thomas Gearon

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Amanda Coppin
Print Name

5/14/08
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

MORRIS DAVIDSON
Print Name

5-7-08
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

X *Desiree E. Davila*
Signature

*Desiree E. Davila*
Print Name

*5/12/08*
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_James Garrett_
Signature

_James Garrett_
Print Name

_11-25-07_
Date

4

*Thomas Gearon, Esq*

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

NADINE GEORGES
Print Name

5/9/08
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_Michelle S. Hall_
Signature

_Michelle HALL_
Print Name

_05-14-08_
Date

4



## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

ANDRE F. JOB
Print Name

5/8/08
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Robert Marcris
Print Name

9. 14. 07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

Signature

Ernest Mc Neil
Print Name

10-1-07
Date

4

**CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE
COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK
CITY.**

I hereby consent to become a party plaintiff to an action under the federal Fair Labor
Standards Act concerning the City of New York's failure to properly compensate me for
overtime hours worked. I am, or was, employed by the City of New York during some or all of
the period from October 1st, 2004 through the present. I understand this action will be brought on
my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my
claim will include a request for damages and other relief, including unpaid overtime
compensation, liquidated damages, attorney's fees. I understand that my counsel, Block &
O'Toole LLP, may file this consent with the court.


_Marcos Hanna_
Signature

_Hanna, Marcos_
Print Name

_01/01/08_
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

Simone Small-Davis
Print Name

5/12/08
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

RONALD SMART
Print Name

5-12-08
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name

_____
Date

4

## CONSENT TO SUE REQUEST TO BECOME PARTY PLAINTIFF JUVENILE COUNSELORS OVERTIME COMPENSATION CLAIM AGAINST NEW YORK CITY.

I hereby consent to become a party plaintiff to an action under the federal Fair Labor Standards Act concerning the City of New York's failure to properly compensate me for overtime hours worked. I am, or was, employed by the City of New York during some or all of the period from October 1st, 2004 through the present. I understand this action will be brought on my behalf and other Juvenile Counselors pursuant to the Fair Labor Standards Act and that my claim will include a request for damages and other relief, including unpaid overtime compensation, liquidated damages, attorney's fees. I understand that my counsel, Block & O'Toole LLP, may file this consent with the court.

_____
Signature

_____
Print Name    JONATHAN OBATUSIN

_____
Date    5/9/08

4