```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

ANDRE M. BOUCAUD, et al.            :

                Plaintiffs,         :           ORDER

        -against-                   :      07 Civ. 11098 (RJS)(MHD)

CITY OF NEW YORK, et al.,           :

                Defendants.         :

----------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

6/24/00

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **THURSDAY, OCTOBER 9, 2008, at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:   New York, New York**
         **June 23, 2008**

                              SO ORDERED.


                              _____

                              **MICHAEL H. DOLINGER**
                              **UNITED STATES MAGISTRATE JUDGE**


Copies of the foregoing Order have been sent this date to:


Thomas Drew Gearon, Esq.
Block & O'Toole
One Penn Plaza
Suite 5315
New York, NY 10119

Leo Lanie Clarke, Esq.
D & F Associates, LLP
18 Bedford Avenue
Garden City Park, NY 11040

Robert James Anderson, Esq.
New York City Law Department, Office of the Corporation Counsel
200 Church Street
New York, NY 10007