USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE M. BOUCAUD, *et al.*,

                Plaintiffs,

-v-

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF JUVENILE JUSTICE,

                Defendants.

No. 07 Civ. 11098 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On March 26, 2010, the Court issued an Order dismissing this action as to the 98 Plaintiffs represented by Spivak Lipton. The Court noted, however, that the case would go forward as to the 101 Plaintiffs represented by Block O'Toole & Murphy ("the Block Plaintiffs"). The Court is now in receipt of Defendants' April 8, 2010 letter, which indicates that Defendants and the Block Plaintiffs have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED THAT the entire action is dismissed with prejudice but without costs; provided, however, that within forty-five days of the date of this Order, any party may apply by letter for restoration of this action to the calendar of the undersigned, in which event the action will be restored. This forty-five-day period, which begins running from the date of this Order, will apply to the Block Plaintiffs *and* the Spivak Lipton Plaintiffs. As a result of this disposition, the conference previously scheduled for April 12, 2010 is hereby canceled. The clerk of the court is respectfully directed to close this case.

SO ORDERED.
DATED:     April 8, 2010
             New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE