

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

DIANA GOELL VOIGT
*Senior Counsel*
Phone. *(212) 788-0894*
Fax *(212) 788-0940*
E-mail: *dvoigt@law.nyc.gov*

**MEMO ENDORSED**

December 22, 2010

**BY E-MAIL (sullivannysdchambers@nysd.uscourts.gov)**
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/10
```

Re: Boucaud, et al. v. City of New York, et al.
Docket No. 07 Civ. 11098 (RJS)(MHD)

Dear Judge Sullivan:

I am a Senior Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants the City of New York and the New York City Department of Juvenile Justice in the above-referenced collective action brought pursuant to the Fair Labor Standards Act ("FLSA"). I write today to request a brief extension of time from January 4, 2011 to January 7, 2011 to submit a joint letter, which provides greater detail concerning the amended Settlement Agreement and allocation plan as specified in the Court's December 20, 2010 order.[1] Thomas Gearon, of Block O'Toole & Murphy, who represents 101 plaintiffs in this FLSA collective action ("Block Plaintiffs"), joins in this request.

The parties seek this extension request because of the holidays. I will be out of the office for a planned vacation with my family starting Thursday, December 23, 2010 and will not return to the office until Monday, January 3, 2010. Thomas Gearon will also be traveling to Florida for a planned vacation to visit his mother. Therefore, the parties will not have sufficient time to discuss and draft the joint letter by January 4, 2011.

---

[1] An ECF bounce notifying the parties of the December 20, 2010 order was sent by the Court yesterday at 4:11 p.m.

Accordingly, we respectfully request a brief extension to January 7, 2011 to submit the joint letter.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

Diana Goell Voigt
Senior Counsel

cc: Thomas Gearon, Esq. (by e-mail)

SO ORDERED
Dated: 12/24/10

RICHARD J. SULLIVAN
U.S.D.J.