UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/11
```

ANDRE M. BOUCAUD, *et al.*,

                Plaintiffs,

-v-

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF JUVENILE JUSTICE,

                Defendants.

No. 07 Civ. 11098 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the parties' proposed amended settlement agreement and two joint letters, one dated December 15, 2010 and the other dated January 7, 2011, explaining why the parties believe this amended settlement is fair. IT IS HEREBY ORDERED THAT the parties shall appear for a fairness hearing on February 10, 2011 at 2:30 p.m. IT IS FURTHER ORDERED THAT, by February 3, 2011, Plaintiffs' counsel shall submit a letter to the Court, certifying that all Plaintiffs have been notified of the proposed settlement agreement, its contents, and the hearing date, and informing the Court if counsel has received any objections to the proposed settlement.

SO ORDERED.

DATED:      January 7, 2011
               New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE